# United States Court of Appeals
## For the First Circuit

---

No. 09-2405

UNITED STATES OF AMERICA,

Appellee,

v.

BRIAN K. ROGERS,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on October 4, 2011, is amended as follows:

On page 14, line 21, replace "focuses" with "focused"